UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELAINE GRESTY,
an individual,

                                                  Case No.: 8:22-cv-01608-MSS-JSS

     Plaintiff,

v.

TD BANK, N.A., a national bank,
EXPERIAN INFORMATION
SOLUTIONS, INC., a foreign for-profit
corporation, EQUIFAX INFORMATION
SERVICES, LLC, a foreign limited liability
company, and TRANS UNION, LLC, a
foreign limited liability company,

     Defendants.
_____/

**NOTICE OF PENDING SETTLEMENT
AS TO EQUIFAX INFORMATION SERVICES LLC**

**COMES NOW**, Plaintiff, ELAINE GRESTY (hereinafter, "Plaintiff"), by and through the undersigned counsel and pursuant to M.D. Fla. Local Rule 3.09, and hereby submits this *Notice of Pending Settlement*. In support thereof, Plaintiff states:

    1.    Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC (hereinafter, "Equifax"), have reached a settlement in principle with

1

regard to all claims. The parties are in the process of memorializing the settlement in writing.

2. To the extent this Court treats the foregoing as a Motion, pursuant to M.D. Fla. Local Rule 3.01(g), the undersigned certifies that he has consulted with Equifax's counsel and Equifax has no objection to the relief sought.

Dated: September 16, 2022

                      Respectfully submitted,

                      **SWIFT, ISRINGHAUS & DUBBELD P.A.**

                      <u>/s/ *Jordan T. Isringhaus*</u>
                      **Jordan T. Isringhaus, Esq., FBN 0091487**
                      **Aaron M. Swift, Esq., FBN 0093088**
                      **Jon P. Dubbeld, Esq., FBN 105869**
                      **Sean E. McEleney, Esq., FBN 125561**
                      8380 Bay Pines Blvd.
                      St. Petersburg, FL 33709
                      Phone: (813) 563-8466
                      Fax: (727) 255-5332
                      aswift@swift-law.com
                      jisringhaus@swift-law.com
                      jdubbeld@swift-law.com
                      smceleney@swift-law.com
                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 16, 2022, I served a true and correct copy of the above and foregoing *Notice of Pending Settlement* on all counsel of record.

/s/ Jordan T. Isringhaus
Attorney for Plaintiff
